THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

*Brooklyn Heights R. R. Co.* v. *Brooklyn City R. R. Co.*, 124 App. Div. 896, affirmed.

(Argued June 8, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action by a lessee to recover from the lessor the cost of construction of a certain building.

*William C. De Witt* for appellant.

*Edward W. Hatch, John L. Wells* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

TRACY W. PRATT, Appellant, v. WILLIAM I. CLARK et al., as Executors of and Trustees under the Will of CHARLOTTE M. GOODRIDGE, Deceased, et al., Respondents.

*Pratt* v. *Clark*, 118 App. Div. 633, appeal dismissed.

(Submitted June 9, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of certain contracts.

*Samuel Untermeyer* and *Clarence F. Birdseye* for appellant.

*Charles I. McBurney* and *Albert Stickney* for respondents.

Appeal dismissed, without costs, on stipulation of parties; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.